## VOGEL *v.* HANCOCK ET AL.

[No. 7,352.    Filed December 15, 1910.]

From Jackson Circuit Court; *Joseph H. Shea,* Judge.

Suit by Emma C. Vogel, executrix of the last will and testament of Valentine Vogel, deceased, against George L. Hancock and another.    From a decree for defendants, plaintiff appeals.    *Appeal dismissed.*

*Thomas M. Honan, Oren O. Swails* and *John M. Lewis,* for appellant.

*Wood & Jones,* for appellees.

PER CURIAM.—The order overruling appellee's motion to dismiss is withdrawn, and the appeal is dismissed upon the authority of *Halderman* v. *Wood* (1905), 34 Ind. App. 519.